Willie JOHNSON, Jr., Plaintiff–Appellant,

v.

STEWART & STEVENSON SERVICES INC., Defendant–Appellee.

No. 05–20995.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2006.

Anthony P. Griffin, Anthony P. Griffin Inc., Galveston, TX, for Plaintiff–Appellant.

William Robert Pilat, Davis Oretsky, Houston, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and WIENER and BARKSDALE, Circuit Judges.

PER CURIAM: *

The court has carefully reviewed this appeal in light of the briefs, oral arguments, and pertinent parts of the record. Having done so, we find no reversible error of law or fact and therefore AFFIRM for essentially the reasons stated by the trial court.

AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.